UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EX PARTE NEYEMBO MIKANDA, CHSC,

                    Plaintiff,

          -against-

DONALD J. TRUMP,

                    Defendant.

1:23-CV-8359 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 21, 2023, the Court directed Plaintiff, who appears *pro se*, within 30 days, to either pay the $402 in fees to bring this civil action or submit an *in forma paueris* ("IFP") application. On October 5, 2023, Plaintiff filed three submissions in which Plaintiff seems to request that the Court withdraw its September 21, 2023 order. (ECF 3-5.) The Court denies those requests. The Court's September 21, 2023 order remains in effect.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 17, 2023
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge